UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BENJAMIN DEITSCH,
                 Plaintiff,

v.                                           **ORDER OF DISMISSAL**

EXPERIAN INFORMATION SOLUTIONS,      20 CV 9544 (VB)
INC., and MERCEDES-BENZ FINANCIAL
SERVICES USA LLC,
                 Defendants.
--------------------------------------------------------------x

       The Court has been advised that all parties have reached settlements in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than May 7, 2021. To be clear, any application to restore the action must be filed by May 7, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: March 8, 2021
       White Plains, NY

                                           SO ORDERED:

                                           _____
                                           Vincent L. Briccetti
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/21